■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HOLLOMAN, Appellant. [813 NYS2d 907]—Judgment, Supreme Court, New York County (Dora Irizarry, J., at hearing and plea; Arlene Silverman, J., at sentence), rendered September 9, 2004, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's valid waiver of his right to appeal forecloses review of his suppression claim (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]). Were we to find that defendant did not make a valid waiver, we would, in any event, reject his suppression arguments. Concur—Tom, J.P., Saxe, Nardelli, Gonzalez and Catterson, JJ.